993 F.2d 875
 In re Bell Atlantic Corporation Securities Litigation,
Jokelson (Neil, Nancy), Berger (Bernice)
v.
Bell Atlantic Corp., Smith (Raymond W.), Campbell (Phillip
A.); Frutkin (Robert P.) Custodian for (Frutkin (Luke J.,
UPGMA, Kane (Joyce) v. Bell Atlantic Corp.; Mandelblatt
(Milton, Leah) v. Bell Atlantic Corp.; Weprin (Adam) v. Bell
Atlantic Corp.; Barsky (Claire) v. Bell Atlantic Corp.;
Weiner (Warren), Trustee for Weiner (Robyn, Kimberly) v.
Bell Atlantic Corp.
 NO. 92-1041
 United States Court of Appeals,
Third Circuit.
 Apr 26, 1993
 
 1
 Appeal From: E.D.Pa.
 
 
 2
 REVERSED.